*M. C. Few,* for plaintiff.   *J. G. Faust,* for defendants.

---

### 15150.   DUNN *v.* GOODRICH RUBBER COMPANY.

BELL, J. This was a suit upon an account. The defendant filed a plea, but withdrew it. The case does not appear to have been marked in default. When it was called for trial the court, in the absence of the defendant, directed a verdict in favor of the plaintiff, without requiring the introduction of evidence. The defendant filed a motion for a new trial, but was unable, of course, to furnish a brief of evidence. The motion was overruled, and the defendant excepted. *Held:* 1. "Where one who is dissatisfied with a verdict seeks to set it aside by a motion for a new trial, a brief of the evidence is an indispensable requisite to the validity of the motion. In other words, if there is no brief of evidence, the so-called motion for a new trial goes for naught, and the action of the trial judge either in overruling it or dismissing it, will be affirmed. . . Civil Code (1910), §§ 6093, 6306; *Whitaker* v. *State,* 138 *Ga.* 139

(1), 140 (75 S. E. 254); *Baker* v. *Johnson*, 99 *Ga.* 374 (32 S. E. 22); *Mize* v. *Americus Mfg. Co.*, 106 *Ga.* 140 (32 S. E. 22); *Holloman* v. *Small*, 111 *Ga.* 812 (1) (35 S. E. 665); *Douglas County* v. *Sayer*, 119 *Ga.* 551 (46 S. E. 654); *Price* v. *Price*, 122 *Ga.* 321 (50 S. E. 91). The so-called motion for a new trial in this case was [necessarily] possessed of the defect mentioned, and therefore no error was committed in overruling it." *Turner* v. *Spell Live Stock Co.*, 31 *Ga. App.* 343 (120 S. E. 786).

2. It follows from the above that where an answer to a suit upon an account is withdrawn, and a verdict and judgment are thereupon rendered for the plaintiff, without evidence, as in cases of default, though no entry of default is made, a motion for a new trial is not the proper proceeding for avoiding the verdict and judgment. *Turner* v. *Spell Live Stock Co.*, supra.

　　　*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

　　　DECIDED APRIL 24, 1924.

Complaint; from city court of Barnesville—Judge Redding. October 18, 1923.

*C. J. Lester,* for plaintiff in error.

*Dobbs & Barrett,* contra.